**3460 Powder Springs Road Associates, LP**
3460 Powder Springs Road
Powder Springs, GA 30127

**Earnings Statement**

Check Date: March 08, 2018
Period Beginning: February 16, 2018
Period Ending: February 28, 2018

**LESA HUDGINS**   Employee Number   642749   Department   670000   Voucher Number   15208
Net Pay   596.54
Check Amount

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 11.00 | 60.00 | 660.00 | 235.00 | 2585.00 |
| Prem | 1.00 | 15.00 | 15.00 | 45.50 | 45.38 |
| WE 2 | | | | 0.25 | 0.25 |
| **Total Gross Pay** | | 75.00 | 675.00 | 280.75 | 2630.63 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 675.00 | 9.78 | 38.14 |
| Medicare - Additiona | | 675.00 | | |
| OASDI | | 675.00 | 41.85 | 163.10 |
| Federal Income Tax | S/0 | 675.00 | | |
| Georgia SITW | S/0 | 675.00 | 26.83 | 106.77 |
| **Total Tax Withholding** | | | 78.46 | 308.01 |

| Accruals | Hours |
|---|---|
| SICK | 0.00 |
| VACATION | 0.00 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0052 | xxxxxxxx4760 | 596.54 |
| **Total Direct Deposits** | | 596.54 |

---

REMOVE DOCUMENT ALONG THIS PERFORATION

---

**3460 Powder Springs Road Associates, LP**
3460 Powder Springs Road
Powder Springs, GA 30127

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

**Direct Deposit Advice**
**Check Date**   **Voucher Number**
March 08, 2018   15208

**\*\*\*This is not a check\*\*\***
Zero Check

GA4496 670000 642749 15208 97
**LESA HUDGINS**
104 JACK CT
DALLAS, GA 30157

**3460 Powder Springs Road Associates, LP**
3460 Powder Springs Road
Powder Springs, GA 30127

**Earnings Statement**

**LESA HUDGINS**    Employee Number    642749    Department    670000

Check Date: **February 08, 2018**
Period Beginning: **January 16, 2018**
Period Ending: **January 31, 2018**
Voucher Number    **14818**
Net Pay    **800.75**
Check Amount

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 11.00 | 81.50 | 896.50 | 99.50 | 1094.50 |
| Prem | 1.00 | 15.00 | 15.00 | 15.00 | 15.00 |
| **Total Gross Pay** | | **96.50** | **911.50** | **114.50** | **1109.50** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 911.50 | 13.22 | 16.09 |
| Medicare - Additiona | | 911.50 | | |
| OASDI | | 911.50 | 56.51 | 68.79 |
| Federal Income Tax | S/0 | 911.50 | | |
| Georgia SITW | S/0 | 911.50 | 41.02 | 42.84 |
| **Total Tax Withholding** | | | **110.75** | **127.72** |

| Accruals | Hours |
|---|---|
| SICK | 0.00 |
| VACATION | 0.00 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0052 | xxxxxxxx4760 | 800.75 |
| Total Direct Deposits | | 800.75 |

---- REMOVE DOCUMENT ALONG THIS PERFORATION ----

**3460 Powder Springs Road Associates, LP**
3460 Powder Springs Road
Powder Springs, GA 30127

**Earnings Statement**

Check Date: **February 23, 2018**
Period Beginning: **February 01, 2018**
Period Ending: **February 15, 2018**

**LESA HUDGINS**          Employee Number    642749    Department    670000    Voucher Number    15017
Net Pay    744.30
Check Amount

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 11.00 | 75.50 | 830.50 | 175.00 | 1925.00 |
| Prem | 0.75 | 0.50 | 0.38 | 30.50 | 30.38 |
| Prem | 1.00 | 15.00 | 15.00 |  | 0.00 |
| WE 2 | 1.00 | 0.25 | 0.25 | 0.25 | 0.25 |
| **Total Gross Pay** |  | **91.25** | **846.13** | **205.75** | **1955.63** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare |  | 846.13 | 12.27 | 28.36 |
| Medicare - Additiona |  | 846.13 |  |  |
| OASDI |  | 846.13 | 52.46 | 121.25 |
| Federal Income Tax | S/0 | 846.13 |  |  |
| Georgia SITW | S/0 | 846.13 | 37.10 | 79.94 |
| **Total Tax Withholding** |  |  | **101.83** | **229.55** |

| Accruals | Hours |
|---|---|
| SICK | 0.00 |
| VACATION | 0.00 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0052 | xxxxxxxx4760 | 744.30 |
| **Total Direct Deposits** |  | **744.30** |

──── REMOVE DOCUMENT ALONG THIS PERFORATION ────

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

**3460 Powder Springs Road Associates, LP**
3460 Powder Springs Road
Powder Springs, GA 30127

**Direct Deposit Advice**
Check Date    Voucher Number
February 23, 2018    15017

### ***This is not a check***
Zero Check

GA4496 670000 642749 15017 99
**LESA HUDGINS**
104 JACK CT
DALLAS, GA 30157

Total Direct Deposits

| Accruals | Hours |
|---|---|
| SICK | 7.50 |
| VACATION | 0.00 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS, DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT

**3460 Powder Springs Road Associates, LP**
3460 Powder Springs Road
Powder Springs, GA 30127

**Direct Deposit Advice**

| Check Date | Voucher Number |
|---|---|
| April 23, 2018 | 15858 |

### ***This is not a check***
Zero Check

GA4496 670000 642749 15858 102
**LESA HUDGINS**
104 JACK CT
DALLAS, GA 30157

---

**3460 Powder Springs Road Associates, LP**
3460 Powder Springs Road
Powder Springs, GA 30127

**Earnings Statement**

| | |
|---|---|
| Check Date: | April 23, 2018 |
| Period Beginning: | April 01, 2018 |
| Period Ending: | April 15, 2018 |
| Voucher Number | 15858 |
| Net Pay | 775.39 |
| Check Amount | |

**LESA HUDGINS**    Employee Number  642749    Department  670000

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 11.00 | 82.50 | 907.50 | 482.25 | 5304.75 |
| Prem | 1.00 | 30.00 | 30.00 | 113.25 | 113.07 |
| WE 2 | | | | 0.25 | 0.25 |
| **Total Gross Pay** | | 112.50 | 937.50 | 595.75 | 5418.07 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 882.13 | 12.79 | 77.76 |
| Medicare - Additiona | | 882.13 | | |
| OASDI | | 882.13 | 54.69 | 332.49 |
| Federal Income Tax | S/0 | 882.13 | | |
| Georgia SITW | S/0 | 882.13 | 39.26 | 229.69 |
| **Total Tax Withholding** | | | 106.74 | 639.94 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 125 Dental Insurance | 9.27 | 9.27 |
| 125 Health Insurance | 46.10 | 46.10 |
| **Total Deductions** | 55.37 | 55.37 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxx0052 | xxxxxxxx4760 | 775.39 |
| Total Direct Deposits | | 775.39 |

58035

**3460 Powder Springs Road Associates, LP**
3460 Powder Springs Road
Powder Springs, GA 30127

**Earnings Statement**

| | |
|---|---|
| Check Date: | May 08, 2018 |
| Period Beginning: | April 16, 2018 |
| Period Ending: | April 30, 2018 |

**LESA HUDGINS**    Employee Number    642749

| Department | 670000 | Voucher Number | 16071 |
|---|---|---|---|
| | | Net Pay | 691.20 |
| | | Check Amount | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 11.00 | 75.00 | 825.00 | 557.25 | 6129.75 |
| Prem | 1.00 | 15.00 | 15.00 | 128.25 | 128.07 |
| WE 2 | | | | 0.25 | 0.25 |
| **Total Gross Pay** | | **90.00** | **840.00** | **685.75** | **6258.07** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 784.63 | 11.38 | 89.14 |
| Medicare - Additiona | | 784.63 | | |
| OASDI | | 784.63 | 48.64 | 381.13 |
| Federal Income Tax | S/0 | 784.63 | | |
| Georgia SITW | S/0 | 784.63 | 33.41 | 263.10 |
| **Total Tax Withholding** | | | **93.43** | **733.37** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 125 Dental Insurance | 9.27 | 18.54 |
| 125 Health Insurance | 46.10 | 92.20 |
| **Total Deductions** | **55.37** | **110.74** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0052 | xxxxxxxx4760 | 691.20 |
| **Total Direct Deposits** | | **691.20** |

| Accruals | | Hours |
|---|---|---|
| SICK | | 11.25 |
| VACATION | | 0.00 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

**3460 Powder Springs Road Associates, LP**
3460 Powder Springs Road
Powder Springs, GA 30127

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

**Direct Deposit Advice**

| Check Date | Voucher Number |
|---|---|
| May 08, 2018 | 16071 |

### ***This is not a check***
Zero Check

GA4496 670000 642749 16071 100
**LESA HUDGINS**
104 JACK CT
DALLAS, GA 30157

**3460 Powder Springs Road Associates, LP**
3460 Powder Springs Road
Powder Springs, GA 30127

**Earnings Statement**

| | | |
|---|---|---|
| Check Date: | | May 23, 2018 |
| Period Beginning: | | May 01, 2018 |
| Period Ending: | | May 15, 2018 |

**LESA HUDGINS**          Employee Number   642749      Department   670000

| | |
|---|---|
| Voucher Number | 16278 |
| Net Pay | 548.72 |
| Check Amount | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 11.00 | 60.00 | 660.00 | 617.25 | 6789.75 |
| Prem | 1.00 | 15.00 | 15.00 | 143.25 | 143.07 |
| WE 2 | | | | 0.25 | 0.25 |
| **Total Gross Pay** | | 75.00 | 675.00 | 760.75 | 6933.07 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 619.63 | 8.98 | 98.12 |
| Medicare - Additiona | | 619.63 | | |
| OASDI | | 619.63 | 38.42 | 419.55 |
| Federal Income Tax | S/0 | 619.63 | | |
| Georgia SITW | S/0 | 619.63 | 23.51 | 286.61 |
| **Total Tax Withholding** | | | 70.91 | 804.28 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 125 Dental Insurance | 9.27 | 27.81 |
| 125 Health Insurance | 46.10 | 138.30 |
| **Total Deductions** | 55.37 | 166.11 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0052 | xxxxxxxx4760 | 548.72 |
| **Total Direct Deposits** | | 548.72 |

| Accruals | Hours |
|---|---|
| SICK | 11.25 |
| VACATION | 0.00 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

**3460 Powder Springs Road Associates, LP**
3460 Powder Springs Road
Powder Springs, GA 30127

**Direct Deposit Advice**

| Check Date | Voucher Number |
|---|---|
| May 23, 2018 | 16278 |

### ***This is not a check***
Zero Check

          GA4496 670000 642749 16278 100
          **LESA HUDGINS**
          104 JACK CT
          DALLAS, GA 30157